UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 23-CR-240 (JEB) |
| | : | |
| **ERIC GLEN HARROWER,** | : | |
| | : | |
| **Defendant.** | : | |

**STATEMENT OF OFFENSE**

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Eric Glen Harrower, with the concurrence of the defendant's attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

*The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public. The grounds around the Capitol were posted and cordoned off, and the entire area as well as the Capitol building itself were restricted as that term is used in Title 18, United States Code, Section 1752 due to the fact that the Vice President and the immediate family of the Vice President, among others, would be visiting the Capitol complex that day.

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5. At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. Officers with the D.C. Metropolitan Police Department were called to assist officers of the USCP who were then engaged in the performance of their official duties. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6. At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after

2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.9 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *Eric Glen Harrower's Participation in the January 6, 2021, Capitol Riot*

8. The defendant, Eric Glen Harrower, lived in Barnhart, Missouri. On January 5, 2021, the defendant traveled to the Washington, D.C area.  The purpose of Harrower's trip to Washington, D.C. was to protest what he believed was a fraudulent presidential election.

9. On January 6, 2021, Harrower attended the "Stop the Steal" rally in support of then-President Trump. After President Trump's speech at the rally, the defendant made his way to the U.S. Capitol. Harrower wore a maroon hooded sweatshirt, a black baseball cap with "TRUMP"

emblazoned on the front of it, gray shoes, and blue pants. On January 6, 2021, Harrower spent the day, including time on the Capitol Grounds and in the Capitol Building, with another individual.

10. As Harrower and the other individual made their way to the Capitol, they could hear flashbangs and see what they thought was tear gas. They witnessed rioters that had been pepper sprayed and claimed to have been shot with pepper ball rounds. There was a lot of chaos in front of the Capitol. Harrower and the other individual nevertheless continued onward to, and eventually arrived at, the Capitol.

11. At the Capitol Grounds, rioters toppled barricades that consisted of metal bike racks, physically linked end to end.  Scaffolding for the upcoming presidential inauguration was erected over a staircase that led to the building's upper west terrace.  Alongside the staircase and scaffolding was a banister that was approximately ten feet tall.

12. Harrower climbed to the top of the banister and, while there, held an overturned bike rack so that other rioters could use it as a ladder to climb the banister. Rioters then used the banister to access the staircase. Law enforcement officers were positioned on the staircase and attempted to keep the rioters away from the building.  However, at about 2:09 p.m., the rioters pushed past the officers.

13. Harrower and other rioters eventually traveled up the banister and adjoining stairs to the upper west terrace outside of the Senate Wing Doors.  At approximately 2:13 p.m., rioters forced their way into the building in this location by breaking glass windows and forcing the doors open.  At approximately 2:15 p.m., Harrower entered the building with a large crowd of rioters through the Senate Wing Door.  Harrower was among the first group of rioters to make entry into the building.

14. After walking through the Senate Wing Door, Harrower entered the Crypt through the north corridor. He remained in the Crypt area from approximately 2:25 through approximately 2:34 p.m. He then exited though a broken window near the Senate Wing doors at about 2:36 p.m. Harrower remained on the United States Capitol grounds until approximately 4:00 p.m.

### *Elements of the Offense*

15. The parties agree that 40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building) requires the following elements:

   a. First, the defendant paraded, demonstrated, or picketed in any of the United States Capitol Buildings knowing that he did not have permission to do so.

   b. Second, the defendant acted willfully and knowingly.

### *Defendant's Acknowledgments*

16. The defendant knowingly and voluntarily admits to all the elements as set forth above. Specifically, the defendant admits that he willfully and knowingly entered the U.S. Capitol Building knowing that he did not have permission to do so. Defendant further admits that while inside the Capitol, he willfully and knowingly, paraded, demonstrated, and picketed.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: */s/ Joshua Ontell*
Joshua Ontell
VA Bar # 92444
Assistant United States Attorney
601 D Street NW
Washington, DC 20001
joshua.ontell@usdoj.gov
(202) 252-7706

## DEFENDANT'S ACKNOWLEDGMENT

I, **Eric Glen Harrower,** have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 11/16/2023

ERIC GLEN HARROWER
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 11/16/2023

KATELYN ADAMS
Attorney for Defendant